**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DAVID C. SMITH**                                                                                           **PETITIONER**

**v.**                               **Case No. 5:14-cv-371 KGB-BD**

**RAY HOBBS,**
**Director, Arkansas**
**Department of Correction**                                                                            **RESPONDENT**

## ORDER

In accordance with the Court's Order entered in this matter on this date, the Court dismisses Petitioner David C. Smith's petition for writ of *habeas corpus* and denies the relief requested (Dkt. No. 2). The Court dismisses with prejudice Mr. Smith's ineffective assistance of counsel claim and dismisses without prejudice Mr. Smith's claim that the state trial court erred by not following the Arkansas Rules of Criminal Procedure. A certificate of appealability is denied.

SO ORDERED this 14th day of May, 2015.

_____
Kristine G. Baker
United States District Judge